## SHERWOOD vs. STEELE.

On a motion to *change the venue*, the plaintiff must swear *unqualifiedly* that he has witnesses in or near the county where the venue is laid, of an equal number with those of the defendant, or a greater number, or the venue will be changed.

March 19. MOTION to change the *venue* from New-York to Delaware. The defendant had *eight* witnesses residing in and near Delaware. The plaintiff made affidavit that he had *nine* witnesses residing in and near New-York, and that without the testimony of each and every of them he could not safely proceed to trial, *taking into consideration the sustaining of the action and*

*meeting and resisting the defence, which he believed the defen-*
*dant intended setting up.* It was objected that this affidavit
was not sufficient to resist the motion.

*By the Court,* SUTHERLAND, J. The court cannot receive a qualified affidavit. The plaintiff here swears to the materiality of his witnesses, upon the *belief* of the defence intended to be set up : his belief may not be well founded. At all events, a plaintiff, desirous to retain his *venue,* must swear *unqualifiedly* that he has witnesses of an equal number with those of the defendant, or a greater number, or, according to the settled practice of the court, the motion will be granted.

Motion granted.